HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSE VILLANUEVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JOSE VILLANUEVA,<br><br>              Defendant. | Case No. 1:18-mj-00164-SAB<br><br>**CONSENT TO APPEAR BY TELEPHONE** |

I, Jose Villanueva, understand that under the Federal Rules of Criminal Procedure and the United States Constitution, I have a right to be present in open court for my initial appearance in this case. After consulting with my attorney, Assistant Federal Defender Matthew Lemke, I hereby consent to appear by telephone for the initial appearance currently set for September 17, 2020.

Dated: September 16, 2020       */s/ Matthew Lemke*
                                MATTHEW LEMKE
                                Assistant Federal Defender
                                Attorney for Defendant
                                JOSE VILLANUEVA

Dated:  September 16, 2020       */s/ Jose Villanueva*
                                JOSE VILLANUEVA
                                Defendant

## **ORDER**

IT IS HEREBY ORDERED that pursuant to the CARES Act and Fed. R. Crim. P. 43, Jose Villanueva is permitted to appear by telephone for his initial appearance scheduled to take place on September 17, 2020.

IT IS SO ORDERED.

Dated:   **September 16, 2020**

UNITED STATES MAGISTRATE JUDGE