# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE VILLANUEVA,<br><br>Defendant. | Case No.  1:18-mj-00164-SAB<br><br>ORDER GRANTING DEFENDANT'S MOTION TO STAY TERM OF IMPRISONMENT PENDING APPEAL<br><br>(ECF No. 28) |

Defendant Jose Villanueva was charged by probation violation petition for failing to make timely payments toward the $1,010.00 financial penalty that was imposed by the Court on August 1, 2019.  On September 17, 2020, Defendant admitted to the single allegation set forth in the petition and the Court revoked Defendant's probation.  (ECF No. 24.)  The Court sentenced Defendant to five (5) days of imprisonment, twelve (12) months of unsupervised probation, and a monetary penalty.  (ECF Nos. 24, 25.)  Within fourteen days of the entry of judgment in his case, Defendant filed an appeal of his sentence.  (ECF No. 27.)

On October 13, 2020, Defendant filed a motion to stay his term of imprisonment pursuant to Federal Rule of Criminal Procedure 38, so as to avoid rendering the appeal of his term of imprisonment moot.  (ECF No. 28.)  Defendant argues that if he is required to serve his sentence as originally scheduled, he will complete his term of imprisonment before the appeal will be decided.  (Id.)  Accordingly, Mr. Villanueva requests that the Court stay his term of

imprisonment until the appeal of his sentence is resolved.  The government has informed defense counsel that it does not take a position on this issue.  Since the defendant is on probation, the Court finds good cause to stay the term of imprisonment pending the appeal of the sentence at least until July 1, 2021.  Defendant has not requested a stay of any other aspect of the sentence pending the appeal, and thus this order shall not stay the term of probation or the monetary penalty imposed by the sentence.

Accordingly, IT IS HEREBY ORDERED that Defendant Jose Villanueva's term of imprisonment is stayed until the appeal of his sentence is resolved or until July 1, 2021, whichever occurs first.

IT IS SO ORDERED.

Dated:   **October 14, 2020**

_____
UNITED STATES MAGISTRATE JUDGE