# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>            Plaintiff, ) <br> v.                          ) <br>                            ) <br> JOSE VILLANUEVA,      ) <br>                          ) <br>            Defendant.     ) <br> _____ ) | Case No. 1:18-mj-00164-SAB <br><br> **DEFENDANT'S AMENDED STATUS REPORT ON UNSUPERVISED PROBATION** |

      PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

      **Convicted of:**       Probation violation

      **Sentence Date:**      September 17, 2020

      **Review Hearing Date:** June 17, 2021

      **Probation Expires On:** September 17, 2021

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☐     **Monetary Fines & Penalties in Total Amount of:** $1,000 which Total Amount is made up of a Fine: $ 1000; Special Assessment: $0; Processing Fee: $0; Restitution: $ 0

☐     Payment schedule of $90 per month by the 15th of each month.

☐     **Community Service hours Imposed of:** 0

☐     **Other Conditions:** The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 5 days in custody to be served on consecutive weekends each week by Friday at 10:00 am and to be released no earlier than Sunday at 10:00 until time is served.

### *COMPLIANCE:*

☐     Defendant has complied with and completed <u>all</u> conditions of probation described-above.

    **Otherwise:**

☒     Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

        If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒     To date, Defendant has paid a total of $ 190

☒     To date, Defendant has performed Click here to enter text. hours of community service.

☒     Compliance with Other Conditions of Probation: An appeal of the sentence is currently pending.

**GOVERNMENT POSITION:**

☒  The Government agrees to the above-described compliance.

☐  The Government disagrees with the following area(s) of compliance:

DATED: June 11, 2021                               */s/ Jeffrey Spivak*
                                                               Jeffrey Spivak
                                                               Assistant United States Attorney
                                                               Attorney for Plaintiff

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report and the status of the pending appeal, the defendant moves for the following:

☐  that the review hearing set for 6/17/2021 at 10:00 am

   ☒  be continued to 8/12/2021 at 10:00 a.m.; or

   ☐  be vacated.

☐  that Defendant's appearance for the review hearing be waived.

DATED: June 11, 2021                               */s/ Matthew Lemke*
                                                               MATTHEW LEMKE
                                                               Assistant Federal Defender
                                                               Attorney for Defendant

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐         GRANTED.  The Court orders that Choose an item.

☒         DENIED.

IT IS SO ORDERED.

Dated:   **June 16, 2021**

UNITED STATES MAGISTRATE JUDGE