HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSE VILLANUEVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:18-mj-00164-SAB |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** |
| vs. | |
| JOSE VILLANUEVA, | DATE:   December 9, 2021 |
| Defendant. | TIME:   10:00 a.m. |
| | JUDGE:  Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective

counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant

Federal Defender Matthew Lemke, counsel for defendant Jose Villanueva, that the status hearing

currently set for December 9, 2021, be continued to January 20, 2022, at 10:00 a.m.

The parties have agreed to continue the sentencing hearing at the request of the

defendant, who requires additional time to prepare.  Mr. Villanueva is alleged to have violated

the terms of his probation.  Defense counsel requires additional time to obtain records pertinent

to the Court's sentencing consideration.  Additionally, undersigned defense counsel is now

unable to personally appear at the December 9, 2021, hearing due to a family member's medical

procedure.  Although another Assistant Federal Defender will appear in counsel's other matters

1   before the Court that day, the unique facts and procedural posture of Mr. Villanueva's case make

2   it ill-suited for substitute counsel at sentencing.  Accordingly, the parties request a continuance to

3   January 20, 2022.

4                                          Respectfully submitted,

5
                                           HEATHER E. WILLIAMS
6                                          Federal Defender

7   Date: December 1, 2021              */s/ Matthew Lemke*
                                           MATTHEW LEMKE
8                                          Assistant Federal Defender
                                           Attorney for Defendant
9                                          JOSE VILLANUEVA

10

11                                         PHILLIP A. TALBERT
                                           Acting United States Attorney
12

13   Date: December 1, 2021              */s/ Jeffrey Spivak*
                                           JEFFREY SPIVAK
14                                         Assistant United States Attorney
                                           Attorney for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Villanueva, Jose [1:18-mj-00164-SAB]
Stipulation to Continue

1

**<u>ORDER</u>**

2    IT IS HEREBY ORDERED that the status hearing scheduled for December 9, 2021, is

3    continued to January 20, 2022, at 10:00 a.m.

4

IT IS SO ORDERED.

5

6    Dated: **December 1, 2021**

UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Villanueva, Jose [1:18-mj-00164-SAB]
Stipulation to Continue

3