| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |

Attorney for Defendant
JOSE VILLANUEVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:18-mj-00164-SAB |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER** |
| vs. | |
| JOSE VILLANUEVA, | Date:   January 20, 2022 |
| | Time:   10:00 a.m. |
| Defendant. | Judge: Honorable Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing set for Thursday, January 20, 2022, before the Honorable Stanley A. Boone, be continued to Thursday, February 17, 2022, at 10:00 a.m.

The parties have agreed to jointly move to continue the sentencing hearing in order to further investigate information discovered late this week that is pertinent to the Court's sentencing consideration.  The parties agree that a sentencing date of February 17, 2022, will allow sufficient time to complete this investigation.  Accordingly, the parties request a continuance to February 17, 2022.

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: January 14, 2022 */s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
JOSE VILLANUEVA

PHILLIP A. TALBERT
United States Attorney

DATED: January 14, 2022 */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Thursday, January 20, 2022, before the Honorable Stanley A. Boone, be continued to Thursday, February 17, 2022, at 10:00 a.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **January 14, 2022**

UNITED STATES MAGISTRATE JUDGE