HEATHER E. WILLIAMS, #122664
Federal Defender
JAYA GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSE VILLANUEVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:18-mj-00164-SAB |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** |
| vs. | |
| JOSE VILLANUEVA, | DATE:    April 28, 2022<br>TIME:    10:00 a.m. |
| Defendant. | JUDGE:  Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Jaya Gupta, counsel for defendant Jose Villanueva, that the sentencing hearing currently set for February 17, 2022, be continued to April 28, 2022, at 10:00 a.m.

The parties have agreed to continue the sentencing hearing at the request of defense counsel who, having recently taken over the case, requires additional time to conduct further investigation relevant to sentencing in this matter. Accordingly, the parties request a continuance to April 28, 2022.

//

//

//

//

1    Respectfully submitted,

2    HEATHER E. WILLIAMS
3    Federal Defender

4    Date: February 16, 2022          /s/ Jaya Gupta
                                      JAYA GUPTA
5                                     Assistant Federal Defender
                                      Attorney for Defendant
6                                     JOSE VILLANUEVA

7

8    PHILLIP A. TALBERT
     United States Attorney
9

10   Date: February 16, 2022         /s/ Jeffrey Spivak
                                      JEFFREY SPIVAK
11                                    Assistant United States Attorney
                                      Attorney for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2      IT IS HEREBY ORDERED that the sentencing hearing scheduled for February 17, 2022,

3  is continued to April 28, 2022, at 10:00 a.m.

4      IT IS SO ORDERED.

5

IT IS SO ORDERED.

6

7  Dated:   **February 16, 2022**                  _____

UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28