1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  JAYA GUPTA (SBN 312138)
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA 93721
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  JOSE VILLANUEVA

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:18-mj-00164-SAB |
12 | Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** |
13 | vs. | |
14 | JOSE VILLANUEVA, | DATE: June 16, 2022<br>TIME: 10:00 a.m. |
15 | Defendant. | JUDGE: Hon. Stanley A. Boone |

17  **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18  counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant

19  Federal Defender Jaya Gupta, counsel for defendant Jose Villanueva, that the sentencing hearing

20  currently set for April 28, 2022 at 10:00 a.m. be continued to June 16, 2022 at 10:00 a.m.

21  The parties have agreed to continue the sentencing hearing at the request of defense

22  counsel who requires additional time to conduct further investigation relevant to sentencing in

23  this matter. Specifically, in Charge 2 of the probation violation petition, Mr. Villanueva admitted

24  that he "failed to obey all laws as he has an active bench warrant in Tulare County for hit and run

25  with property damage, driving without a license, and a probation violation defense." ECF No.

26  44.

27  //

28  //

1  The defense needs additional time to investigate the circumstances surrounding the issuance of
2  the bench warrant underlying Charge 2 insofar as no records from the Tulare County Superior
3  Court appear to match this case. Accordingly, the parties request a continuance to June 16, 2022
4  to afford enough time to complete that investigation.

5                                                         Respectfully submitted,

6
7                                                         HEATHER E. WILLIAMS
                                                        Federal Defender

8  Date: April 22, 2022                         */s/ Jaya Gupta*
                                                        JAYA GUPTA
9                                                         Assistant Federal Defender
10                                                        Attorney for Defendant
                                                        JOSE VILLANUEVA
11
12                                                         PHILLIP A. TALBERT
                                                        United States Attorney
13
14  Date: April 22, 2022                         */s/ Jeffrey Spivak*
                                                        JEFFREY SPIVAK
15                                                         Assistant United States Attorney
                                                        Attorney for Plaintiff
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for April 28, 2022, is continued to June 16, 2022, at 10:00 a.m. before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **April 22, 2022**

UNITED STATES MAGISTRATE JUDGE