# IN THE UNITED STATES DISTRICT COURT

### For The

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:18-mj-00164-SAB-1 |
| Plaintiff, | ) |
| v. | ) **DEFENDANT'S STATUS REPORT ON** |
| | ) **UNSUPERVISED PROBATION** |
| JOSE VILLANUEVA, | ) |
| Defendant. | ) |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Cal Vehic. Code § 14601.2(a)

**Sentence Date:** September 15, 2022

**Review Hearing Date:** April 20, 2023

**Probation Expires On:** June 30, 2023

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $250 which Total Amount is made up of a Fine: $ 250 Special Assessment: $ Processing Fee: Choose an item. Restitution: $

☐ Payment schedule of $ per month by the of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

### **Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
☐ If not paid in full when was last time payment: Date: Click here to enter a date.
Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

☒        The Government agrees to the above-described compliance.

☐        The Government disagrees with the following area(s) of compliance:

Government Attorney: /s/ Chan Hee Chu, 4/06/2023

## ***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒        that the review hearing set for 4/20/2023 at 10 am

      ☐        be continued to Click here to enter a date. at 10:00 a.m.; or

      ☒        be vacated.

☐        that Defendant's  appearance for the review hearing be waived.

DATED:  4/6/2023                                   */s/ Laura Myers* _____
                                              DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒        GRANTED.  The Court orders that the Review Hearing be vacated.

☐        DENIED.

IT IS SO ORDERED.

Dated:   **April 6, 2023**                                
                                              UNITED STATES MAGISTRATE JUDGE